# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:21-CR-00172-GCM-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| BRITNEY MILLER, | |
| Defendant. | |

**THIS MATTER** comes before the Court on Defendant's Pretrial Motions (ECF No. 15). A hearing was held on November 9, 2021 at 10:30 am. The Court made a ruling from the bench following the hearing. For the reasons stated in the hearing, the Court will grant the motion in part and deny it in part.

**IT IS THEREFORE ORDERED** that the Defendant's Motion (ECF No. 15) is **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED**.

Signed: November 9, 2021

Graham C. Mullen
United States District Judge