# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:21-CR-00172-GCM-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRITNEY MILLER,<br><br>      Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on Defendant Britney Miller's Motion for Early Termination of Probation (ECF No. 35). In the motion, Miller asks for her probation to be terminated approximately four months into her six-month term of probation. *See id*. at 1. Miller states that she has completed mandated substance abuse training, and adds that continued supervision is causing her significant hardship, "overwhelm[ing] [her] ability to keep her job and single-parent her daughter." *Id*. at 1–3. The government and Miller's probation officer oppose the motion, with the probation officer noting two positive marijuana tests by Miller in April and May of this year.

The Court will grant the motion. At sentencing, the Court told Miller that it would entertain a motion for early termination upon her successful completion of drug treatment. She has honored her end of the bargain; the Court will do the same. The Court is fully aware that Miller's adjustment to supervision has been far from perfect, and is appreciative of the diligent efforts made by the United States Probation Office on Miller's behalf. Ultimately, however, the Court concludes that the four-month term of probation that Miller has served is sufficient to adequately punish her for her contumacious conduct, and to deter recurrences of similar conduct.

**IT IS THEREFORE ORDERED** that the Motion for Early Termination (ECF No. 35) is **GRANTED**.

**SO ORDERED**.

Signed: July 18, 2022

Graham C. Mullen
United States District Judge